John Meyer, MT Bar # 11206
Cottonwood Environmental Law Center
P.O. Box 412 Bozeman, MT 59771
(406) 546-0149 | Phone
John@cottonwoodlaw.org

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> MARY ERICKSON, in her official capacity as Forest Supervisor of the Custer Gallatin National Forest; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture <br><br> Defendants. | CV 22-05-BU-BMM-JTJ <br><br> **JOINT STATUS REPORT & UNOPPOSED MOTION** |

The undersigned attorneys of record have conferred pursuant to the Court's Order of May 25, 2022 and provide this joint status report. (Doc. 8). Plaintiff believes another currently pending case, *Cottonwood Environmental Law Center v. Marten*, CV-20-31-BMM, may address and resolve the same issues framed by the complaint in this matter. Such resolution should occur (or not) within six months.

Accordingly, Plaintiffs respectfully request and move the Court to stay proceedings in this case and order another joint status report in six months, on or before January 23, 2023. The United States does not oppose such motion.

DATED this 25th day of July, 2022.

/s/ JOHN MEYER
Attorney for Plaintiff

/s/ MARK STEGER SMITH
Assistant U.S. Attorney
Attorney for Defendants