John Meyer, MT Bar # 11206
Cottonwood Environmental Law Center
P.O. Box 412 Bozeman, MT 59771
(406) 546-0149 | Phone
John@cottonwoodlaw.org

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> MARY ERICKSON, in her official capacity as Forest Supervisor of the Custer Gallatin National Forest; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture <br><br> Defendants. | CV 22-05-BU-BMM-JTJ <br><br> **JOINT STATUS REPORT** |

On July 25, 2002, the Court issued a stay in the case and ordered the parties to submit a joint status report on or before January 23, 2023. Doc. 10. The undersigned attorneys of record have conferred. Plaintiff has proposed amending the complaint. Federal defendants do not oppose such amendment despite expiration of the

proposed (but not adopted) amendment deadline. Plaintiff will file an amended complaint within three weeks. Federal defendants will respond as per Fed. R. Civ. P. Rule 15 within two weeks after Plaintiff files its amended complaint.

DATED this 23rd day of January, 2023.

/s/ John Meyer
Cottonwood Environmental Law Center
Attorney for Plaintiff


/s/ Mark Steger Smith (with permission)
Assistant U.S. Attorney
Attorney for Defendant