John Meyer, MT Bar # 11206
Cottonwood Environmental Law Center
P.O. Box 412
Bozeman, MT 59771
(406) 546-0149
john@cottonwoodlaw.org

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER; <br><br> *Plaintiff,* <br><br> vs. <br><br> MARY ERICKSON, in her official capacity as Forest Supervisor of the Custer Gallatin National Forest; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> *Defendants.* | Case No. 2:22-cv-00005-BMM <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cottonwood Environmental Law Center hereby provides notice of the voluntary dismissal of this action without prejudice against Defendants Mary Erickson and United States Forest Service.

Respectfully dated this 3 day of February, 2023.

/s/ John Meyer
JOHN MEYER

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served upon the following counsel of record by the means designated below this 3rd day of February, 2023.

| | |
|---|---|
| [ ] U.S. Mail | MARK STEGER SMITH |
| [ ] FedEx | Assistant U.S. Attorney |
| [ ] Hand-Delivery | U.S. Attorney's Office |
| [ ] Facsimile | 2601 Second Avenue North, Suite 3200 Billings, MT 59101 |
| [x] ECF | Phone: (406) 247-4667 |
| | Fax: (406) 657-6058 |
| | Email: mark.smith3@usdoj.gov |